## Supreme Court of the United States
### Office of the Clerk
Washington, DC 20543-0001

02-00023
Cincinnati
RECEIVED
Beckwith DEC 1 7 2004

cc
02-4266
cu

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
JAN - 4 2005
LEONARD GREEN, Clerk

December 13, 2004

**LEONARD GREEN, Clerk**

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re:  Robert Schneider
v. United States
No. 04-800
(Your No. 02-4266)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 8, 2004 and placed on the docket December 13, 2004 as No. 04-800.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst