**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

02-4266

William K. Suter
Clerk of the Court
(202) 479-3011

January 24, 2005

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

1:02cr23

FILED
FEB - 9 2005
LEONARD GREEN, CLERK

Re: Robert Schneider
v. United States
No. 04-800
(Your No. 02-4266)

CR-1-02-23-3

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Sixth Circuit, for further consideration in light of United States v. Booker, 543 U.S. ___ (2005).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**William K. Suter**, Clerk