FILED
JAMES BONINI
CLERK

INFORMATION COPY
MANDATE NOT YET ISSUED
DIS. CT. # 02-23

No. 02-4266

05 MAY -2 PM 4:23

FILED
APR 29 2005
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ROBERT SCHNEIDER,<br>Defendant - Appellant | )<br>)<br>)<br>)  O R D E R<br>)<br>)  1:02 cr-23<br>)  (Beckwith)<br>) |

Before:   BATCHELDER and GIBBONS, Circuit Judges; COHN, District Judge*

This matter comes before the court upon remand from the U.S. Supreme Court, which on January 24, 2005 granted defendant Schneider's petition for a writ of certiorari, vacated the judgment of this court, and remanded for further consideration in light of *United States v. Booker*, 543 U.S. ___, 125 S.Ct. 738 (2005). *Schneider v. United States*, 125 S.Ct. 1091 (2005).

Upon consideration, this matter is REMANDED to the district court for resentencing in light of *Booker*.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk

---

* The Honorable Avern Cohn, United States District Judge for the Eastern District of Michigan, sitting by designation.