IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America,   )<br>     Plaintiff,       )<br>                              )<br>  vs.                       )<br>                              )<br>Robert Schneider,             )<br>     Defendant.        )  | Case No. 1:02-cr-23 |

Order on Remand for Resentencing

The Court of Appeals has remanded this matter to this Court for resentencing in light of the United States Supreme Court's decision in <u>United States v. Booker</u>, ___ U.S. ___, No. 04-105, 2005 WL 50108 (Jan. 12, 2005).  The Court hereby **ORDERS** the Defendant to file within 14 calendar days of the issuance of this Order (1) any sentencing memorandum; (2) any new objections, including previously asserted objections the Defendant chooses to reassert; and (3) any request for a new or amended presentence investigation report.  In the event that the Defendant fails to timely file any of the above, the Clerk will schedule resentencing for the earliest available date.  In the event that the Defendant timely files any of those documents, the United States may file a response within 14 calendar days of its filing.

     **IT IS SO ORDERED.**

Date: May 19, 2005           s/Sandra S. Beckwith_____
                             Sandra S. Beckwith, Chief Judge
                             United States District Court