UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4266

Filed: May 24, 2005

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ROBERT SCHNEIDER

    Defendant - Appellant

**MANDATE**

Pursuant to the court's disposition that was filed 9/9/04 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk

