UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                                     Case No. 1:02-cr-23-3

Robert Schneider,
    Defendant

## ORDER

On October 24, 2005, the Clerk of Courts was notified by the Federal Correction Institution at Morgantown, West Virginia that defendant was transferred to the Elvis Halfway House, Dayton, Ohio.

Therefore, the Resentencing hearing in the above captioned case is **RESCHEDULED** from October 25, 2005 to **November 9, 2005 at 10:00 a.m.** in Room 822, before the Honorable Sandra S. Beckwith. Counsel for defendant is **ORDERED** to ensure defendant's presence at this hearing.

                                                   s/Sandra S. Beckwith
                                                   Sandra S. Beckwith, Chief Judge
                                                   United States District Court