# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.   Case No. 1:02-cr-23-*3*

**Robert Schneider**

## CRIMINAL MINUTES - *Resentencing*
*(10:00 - 10:22)*

U.S. ATTORNEY PRESENT: _Robert Brichler_

COUNSEL FOR DEFENDANT: _John Rion_

PROBATION: _Tom Barbeau_
~~INTERPRETER~~:

Waiver of Indictment filed _____    INFORMATION filed _____

Defendant waives reading of:  Indictment _____    Information _____

Statement of Agent _____

Defendant pleads: **GUILTY** _Count I_____

   **NOT GUILTY**_____

   **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of_____ Continued _____ Set _____
Defendant in ~~custody pursuant to pretrial detention order~~ Halfway House in Dayton, Ohio (Clare House)

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

REMARKS: Δ's mother is ill & ~~he~~ would like to care for her.
SENTENCE: 51 months imprisonment followed by 4 years supervised release
Δ must participate in substance assessment & follow any recommendation
$10,000 fine - Now PAID
$100 assessment
The same forfeitures to are imposed & have been taken place
Previous drug treatment imposed & have been completed.

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Mary Brown

**Court Reporter:** M. A. Rany (official)

**Date:** Wed., November 9, 2005

2