IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. CR-1-02-023 |
| Plaintiff, | **CHIEF JUDGE BECKWITH** |
| vs. | |
| **ROBERT SCHNEIDER** | **MOTION TO TERMINATE SUPERVISED RELEASE** |
| _____Defendant. | |

_____

Now comes the Defendant, **ROBERT SCHNEIDER,** by and through counsel, **RION, RION & RION, L.P.A., INC.,** and herein respectfully moves this Honorable Court to terminate supervised release for the reasons set for in the attached letter and for the reasons that he had abstained from the use of drugs and/or alcohol, he has successfully completed the terms of his supervision, and that he has maintained work since his release from prison.

A letter in support is attached hereto.

Respectfully submitted,

S/ Jon Paul Rion
**JOHN H. RION (#0002228)**
**JON PAUL RION (#0067020)**
**RION, RION & RION, L.P.A., INC.**
Suite 2150
130 West Second Street, Ltd
P.O. Box 10126
Dayton, Ohio  45402
(937) 223-9133

ah

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that a copy of the foregoing was forwarded to the office of the U.S. Attorney on the same day of filing.

                                **S/ Jon Paul Rion**
                                **JOHN H. RION**
                                **RION, RION & RION, L.P.A., INC.**