# Battigaglia's

---

4636 Gateway Circle • Kettering, OH 45440
Phone: (937) 293-3487 • FAX: (937)293-6902

April 25, 2008

To all parties concerned:

This letter is being written so that the intergration back to society for Mr. Schneider will continue to be smooth.

Mr. Schneider has brought many positive ideas and energy to the Battigaglia Upholstery Co.

Starting with his perfect attendance, commitment to starting early and apply his knowledge to all aspects of the business.

His attention to addressing the request of our customers and passing on the information to me so that we may provide service to our customers is beneficial to the growth of the business.

Mr. Schneider's positive attitude and humor have helped to grow the business, in particular, after reading the trade magazine, he nominated us for upholster of the year and we placed second in the nation and was awarded the honor of outstanding upholster of the year. A copy has been attached.

The customers enjoy his wit and the follow up thank you cards that we send out after the completion of each job.

Mr. Schneider's focus on setting an example for resisting drugs and alcohol have been the topic of many a conversation both with customers and to others who have worked with us. Mr. Schneider has been a mentor to my son, who has also fallen victim to drugs an alcohol and is now recovering. Following Mr. Schneider's example and advice have helped him to make better choices.

Mr. Schneider's commitment and stick to a tive ness to fight this disease is

proof that if you are willing to pay the price you can suceed.

I feel that Mr. Schneider's transition back into society would be beneficial to all parties involved.


Sincerely,

*Jos. A. Battigaglia*

Jos. A. Battigaglia

Owner: Battigaglia's upholstery Co.

# Joe Battigaglia

**Battigaglia's Upholstery Co.,
Kettering, Ohio**



Joe Battigaglia, 2007 recipient of the Outstanding Achievement Award for an upholstery business, was 16 years old when he began to learn the craft of upholstery. At the time he stood just 4-feet, 8-inches tall, and because of his height was having difficulty getting hired.

"Now it's discrimination," Battigaglia says. "But back then it was just the way it was."

Pat Quinn, of Quinn Auto Top, opened the door for Battigaglia's long and distinguished career in upholstery by hiring him for 90 cents an hour. "I'll teach you a trade, and you'll never be out of work unless you just don't want to work," Quinn said.

Commitment to work has never been a problem for Battigaglia, as he has demonstrated with his perseverance in making his upholstery business a success.

He opened his first upholstery shop in 1973, which he ran for five years.

"I knew how to upholster but I didn't know enough about business," he recalls. "I went to college to take business courses and sales classes, and tried again."

That time the business grew too fast, and he began to suffer with carpal tunnel. He closed the business. Then after six years of working in sales, he decided to open up an upholstery shop for the third time.

For Battigaglia, the third time really was the charm. He opened Battigaglia's Upholstery Co. 15 years ago. The business is thriving, thanks to his attention to detail, upholstery talent, business acumen and vivacious personality.

Over 90 percent of his client base is previous customers or referrals from previous customers. Claude and Mary Malone have used Battigaglia to restore several antiques for their home, and wouldn't think of using anyone else.



"Of great significance to us is not only Joe's expertise in the upholstery business but his beautiful, loving character," Mary Malone says. "Joe will never present himself or his work to a customer without a 100-percent satisfaction clause."

Battigaglia's Upholstery Co. is an inviting 5000-square-foot shop, complete with offices and a show room. The work is divided up between Battigaglia and his two employees, Bob Schneider and Dave Spurling.

Battigaglia's community involvement is varied, though he does try to keep it on a local level. "That way I can see the end result where the product is going," Battigaglia says. "If somebody has a need, I'll evaluate it and see what I can do to help."

Among the recipients of his donations of time and/or materials are the Greene County Humane Society, American Legion Post 571, the Veterans Hospital, AIDS society, and a variety of motorcycle clubs.



**Top:** Joe Battigaglia outside his upholstery shop in Kettering, Ohio, with employees Bob Schneider and Dave Spurling. **Center:** Battigaglia's upholstery skills and attention to detail help generate return business. **Bottom:** Battigaglia shows off a work-in-progress; a 100-year-old barber chair in leather with button tufting.