UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                                        Case No.  1:02-cr-23

Robert Schneider,
    Defendant

## ORDER

On April 29, 2008, Defendant filed a Motion to Terminate Supervised Release (Doc. 121).  The government has not filed a response.

Therefore, the government is **ORDERED** to file a response to defendant's motion no later than May 30, 2008.

Date: May 22, 2008                                      s/Sandra S. Beckwith
                                                      Sandra S. Beckwith, Chief Judge
                                                      United States District Court