UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-02-023-3 |
| | : | |
| | : | **UNITED STATES' RESPONSE TO** |
| v. | : | **DEFENDANT'S MOTION TO** |
| | : | **TERMINATE SUPERVISED RELEASE** |
| | : | |
| ROBERT SCHNEIDER | : | J. Beckwith |

- - - - - - - - - - - - - - - - - - - -

The United States has consulted with U.S. Probation Officer Karen Fallings, Dayton, Ohio. Officer Fallings has supervised the defendant since his release from custody. Officer Fallings indicated that the defendant has now complied with all the requirements of supervised release and that she was prepared to ask the Court for early termination. Accordingly, the United States has no objection to the defendant's request for early termination.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Robert C. Brichler
    ROBERT C. BRICHLER (0017745)
    Assistant United States Attorney
    221 East Fourth Street
    Suite 400
    Cincinnati, Ohio  45202
    (513) 684-3711
    Fax:  (513) 684-2047
    Robert.Brichler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 22nd day of May, 2008, electronically on John H. Rion, Attorney for Defendant Schneider.

s/Robert C. Brichler
ROBERT C. BRICHLER (0017745)
Assistant United States Attorney
